

Form B1 (Official Form ) - (Rev. 3/98)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Horacio Villasenor | Cecilia Villasenor |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|

| Soc. Sec./Tax I.D. No. (if more than one, state all): 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 | Soc. Sec./Tax I.D. No. (if more than one, state all): 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 |
|---|---|
| Street Address of Debtor (No. & Street, City, State, & Zip Code): 2613 Morrill Road Riverbank, CA 95367 | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): 2613 Morrill Road Riverbank, CA 95367 |
| County of Residence or of the Principal Place of Business: STANISLAUS | County of Residence or of the Principal Place of Business: STANISLAUS |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

[ ] This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

**Type of Debtor** (Check all boxes that apply)

[X] Individual(s)    [ ] Railroad
[ ] Corporation    [ ] Stockbroker
[ ] Partnership    [ ] Commodity Broker
[ ] Other: _____

**Nature of Debts** (Check one box)

[X] Consumer/Non-Business    [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

[X] Chapter 7    [ ] Chapter 11    [ ] Chapter 13
[ ] Chapter 9    [ ] Chapter 12
[ ] Sec. 304 – Case Ancillary to foreign proceeding

**Filing Fee** (Check one box)

[X] Full Filing Fee attached

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

99-91456 -- 7

**Statistical/Administrative Information** (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

DEBTOR: HORACIO VILLASENOR
CODEBT: CECILIA VILLASENOR
DEBTOR IS PRO SE
JUDGE: HON. M. MCMANUS
TRUSTEE: G. FARRAR
341 MEETING (Tentative Setting):
  5/6/99, 09:00 AM - mod
Official meeting notice to be mailed
CHAPTER: 7   COUNTY: STANISLAUS

FILED 4/1/99 - 10:58 AM
RELIEF ORDERED
CLERK. U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION        lsom
RECEIPT NO: 9-9-002804   $175

1999-91456

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Form B1 (Official Form 1) Page Two - (Rev. 3/98)

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| (This page must be completed and filed in every case) | Horacio Villasenor | |

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Horacio Villasenor_
Signature of Debtor
Horacio Villasenor

X _Cecilia Villasenor_
Signature of Joint Debtor
Cecilia Villasenor

(209)  869-8303
Telephone and Fax Number (If not represented by attorney)

3-2-99
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____

_____
Telephone and Fax Number

_____  _____
Date          Bar Number

### Exhibit "A"

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit "B"

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

X _____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Loren Baker
Printed or Typed Name of Bankruptcy Petition Preparer

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
Social Security Number

460 North Yosemite Avenue # 10
Address
Oakdale, CA 95361

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _Loren Baker_
Signature of Bankruptcy Petition Preparer

9-96-99
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

# United States Bankruptcy Court

EASTERN _____ **District of** CALIFORNIA _____

In re  Horacio and Cecilia Villasenor _____,
             Debtor

Case No. _____

Chapter:  7      (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from schedules A and B to determine the total amount of the debtor's assets. Add the amounts from schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A | Real Property | Yes | 1 | | | |
| B | Personal Property | Yes | 2 | | | |
| C | Property Claimed As Exempt | Yes | 1 | | | |
| D | Creditor Holding Secured Claims | Yes | 1 | | | |
| E | Creditors Holding Unsecured Priority Claims | Yes | 1 | | | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | | |
| G | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H | Codebtors | Yes | 1 | | | |
| I | Current Income of Individual Debtor(s) | Yes | 1 | | | |
| J | Current Expenditures of Individual Debtor(s) | Yes | 1 | | | |
| | Total Number of sheets in All Schedules | | 12 | | | |
| | Total Assets | | | | | |
| | Total Liabilities | | | | $ 111,602.00 | |

FORM B6
(12/95)

In re Horacio and Cecilia Villasenor

Debtor

Case No. _____

(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W,'" "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| House and Lot Located at 2613 Morrill Road Riverbank, CA 95367 | Fee Simple | J | 96,000.00 | 101,000.00 |

FORM B6
(12/95)

Page: 1

Page Total   $   96,000.00

Schedule Total   $   96,000.00

In re Horacio and Cecilia Villasenor
<br>Debtor

Case No._____
<br>(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under " Description and Location of Property. "

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01. Cash on hand. | X | | | |
| 02. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America<br>Oakdale, CA Branch<br>Acct: 0404203996 | J | 45.00 |
| 03. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | Misc Houshold Furnishings | J | 250.00 |
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 06. Wearing apparel. | | Misc Clothing | J | 200.00 |
| 07. Furs and jewelry. | X | | | |
| 08. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 09. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

FORM B6B
<br>(12/95)

Page: 1

Page Total: | $ | 495.00

In re Horacio and Cecilia Villasenor                    Case No. _____
                          Debtor                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY. WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Ford | J | 4,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crop-growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Page Total: | $ 4,500.00 |
| Schedule Total: | $ 4,995.00 |

FORM B6B-Cont.
(12/95)

Page: 2

In re <u>Horacio and Cecilia Villasenor</u>  ,        Case no. _____

Debtor                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☒ 11 U.S.C. § 522 (b)(1)   Exemptions provided in 11 U.S.C. § 522 (d). **Note: These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522 (b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF THE PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| House and Lot located at 2613 Morrill Road Riverbank, CA 95367 | CCP 704.710/720/730 CCP 704.710/720/730 | 75,000.00 | 96,000.00 |
| Bank of America Oakdale, CA Branch Acct: 0404203996 | CCP 704.070 | 45.00 | 45.00 |
| Misc Houshold Furnishings | CCP 704.020 | 250.00 | 250.00 |
| Misc Clothing | CCP 704.020 | 200.00 | 200.00 |
| 1994 Ford | CCP 704.010 | 1,900.00 | 4,500.00 |

FORM B6C
(12/95)

In re  Horacio and Cecilia Villasenor                    ,     Case No. _____
_____
                    Debtor                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an " X " in the column labeled " Codebtor, " include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an " H, " " W, " " J, " or " C, " in the column labeled " Husband, Wife, Joint or Community. "

If the claim is contingent, place an " X " in the column labeled " Contingent. " If the claim is unliquidated, place an " X " in the column labeled " Unliquidated. " If the claim is disputed, place an " X " in the column labeled " Disputed. " (You may need to place an " X " in more than one of these three columns.)

Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. None<br><br>Deandas Auto Sales 1949 Crows Kanding Road Ceres, CA 95358 | J | 1994 Ford<br><br><br>VALUE $ 4,500.00 | | | | 2,900.00 | 1,600.00 |
| ACCOUNT NO. 195738998<br><br>AVCO Financial Services 700 A McHenry Avenue Modesto, CA 95353 | J | Misc Furniture<br><br><br>VALUE $ 250.00 | | | | 1,079.00 | .00 |
| ACCOUNT NO. 305311128<br><br>GMAC Mortgage PO Box 79232 City of Industry CA 91716 | J | First Mortgage<br><br><br>VALUE $ 96,000.00 | | | | 101,000.00 | .00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | |

|  |  | Subtotal  $ | 104,979.00 | FORM B6D (12/95) |
|---|---|---|---|---|
| __0__  Continuation sheets attached | | Schedule Total  $ | 104,979.00 | |

In Re _____        Case No. _____
            Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets  provided. Only holders of unsecured claims entitled to priority should be listed in this  schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule  H-Codebtors.  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W","J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled  "Contingent." If the claim is unliquidated, place an "X" in the column labeled  "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each  sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed  schedule.  Repeat  this  total also on the Summary of Schedules.

☒   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS *(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)*

☐   Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   Deposits by individuals

Claims of individuals up to a maximum of $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐   Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐   Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository  institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E
(4/98)

_____0_____   continuation sheets attached

In re Horacio and Cecilia Villasenor ____, 

                **Debtor**

Case No. _____

                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total total on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5442 6420 0071 7995 <br><br> Bank of America <br> PO Box 53132 <br> Phoenix, AZ 85072 | | J | Charge Card (Misc Purchases) | | | | 2,054.00 |
| **ACCOUNT NO.** 4024 2120 0248 7671 <br><br> Bank of America <br> PO Box 53132 <br> Phoenix, AZ 85072 | | J | Charge Card (Misc Purchases) | | | | 3,034.00 |
| **ACCOUNT NO.** 7462 4371 361 <br><br> Mervyns of California <br> PO Box 59280 <br> Minneapolis, MN 55459 | | J | Misc Purchases | | | | 341.00 |
| **ACCOUNT NO.** 03 1110 129726 2 <br><br> NordicTrack <br> PO Box 105982 Dept 03 <br> Atlanta, GA 30353 | | H | Fitness Program | | | | 657.00 |

_1_ continuation sheets attached

Page Total  $ | **6,086.00**

FORM B6F (12/95)

In re Horacio and Cecilia Villasenor____ ,          Case No. _____
                    Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 51 7298 008550 9<br><br>Home Depot<br>PO Box 105980 Dept 51<br>Atlanta GA 30353 | J | Misc Purchases | | | | 537.00 |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Page Total | $ | 537.00 |
| Schedule Total | $ | 6,623.00 |

In re Horacio and Cecilia Villasenor
_____
Debtor

Case No. _____
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., " Purchaser, " " Agent, " etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.**

[X] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Form B6G
(12/95)

In re <u>Horacio and Cecilia Villasenor</u>    Case No. _____
     **Debtor**              (If known)

## SCHEDULE H - CODEBTORS

 Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6H
(12/95)

In re: Horacio and Cecilia Villasenor     Case No. _____
       _____          (If known)
                    Debtor

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

. The column labeled "Spouse" must be completed in all cases filed by joint debtors and by married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEBTOR'S MARITAL STATUS | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Married | NAMES<br>Fabian Villasenor | AGE<br>4 | RELATIONSHIP<br>Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Technician |
| Name of Employer | | Doctor's Medical Center |
| How long employed | | 2 years 6 months |
| Address of Employer | | 1441 Florida Avenue<br>Modesto, CA 95352 |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average monthly income)<br>Current monthly gross wages, salary, and commissions | | |
| (pro rate if not paid monthly) | $ 0.00 | $ 2,400.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 2,400.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 150.00 |
| b. Insurance | $ 0.00 | $ 25.00 |
| c. Union dues | $ 0.00 | $ 25.00 |
| d. Other (Specify _____ ) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 200.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 2,200.00 |
| Regular Income from operation of business or profession or farm<br>(attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance<br>(Specify _____ ) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| (Specify _____ ) | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 2,200.00 |

TOTAL COMBINED MONTHLY INCOME $2200.00 _____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6I

In re Horacio and Cecilia Villasenor
          Debtor

Case No. _____
                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 932.00 |
| Are real estate taxes included? | Yes X | No _____ | | |
| Is property insurance included? | Yes X | No _____ | | |
| Utilities  Electricity and heating fuel | | | $ | 150.00 |
| Water and sewer | | | $ | 100.00 |
| Telephone | | | $ | 120.00 |
| Other | | | $ | 0.00 |
| Home Maintenance (Repairs and upkeep) | | | $ | 50.00 |
| Food | | | $ | 400.00 |
| Clothing | | | $ | 100.00 |
| Laundry and dry cleaning | | | $ | 60.00 |
| Medical and dental expenses | | | $ | 40.00 |
| Transportation (not including car payments) | | | $ | 90.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 150.00 |
| Charitable contributions | | | $ | 80.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| Homeowner's or renter's | | | $ | 50.00 |
| Life | | | $ | 24.00 |
| Health | | | $ | 25.00 |
| Auto | | | $ | 53.00 |
| Other  AD&D Insurance | | | $ | 15.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) | | | $ | 0.00 |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | | | |
| Auto | | | $ | 260.00 |
| Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| Other | | | $ | 0.00 |

**TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules)

$ 2,699.00

## (FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 0.00 |
| B. Total projected monthly expenses | $ | 0.00 |
| C. Excess income (A minus B) | $ | 0.00 |
| D. Total amount to be paid into plan each | $ | 0.00 |

(Interval)

FORM B6J
(12/95)

FORM B6 - Cont.
(12/94)

In re **Horacio and Cecilia Villasenor**_____,        Case No. _____
                    Debtor                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 13 _____
                                                                              *(Total shown on summary page plus 1.)*
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  V  3-22-99 _____          Signature: X _Horacio Villasenor_ _____
                                                                      Debtor
                                            Horacio and Cecilia Villasenor

Date  X 3-2-99 _____            Signature: X _Cecilia Villasenor_ _____
                                                                 *(Joint Debtor, if any)*
                                            Cecilia Villasenor
                                  [If joint case, both spouses must sign.]

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Loren Baker** _____          **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** _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

**460 North Yosemite Avenue # 10**

**Oakdale, CA 95361** _____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _Loren Baker_ _____                    _3/26/99_ _____
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury declare that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.            *(Total shown on summary page plus 1.)*

Date _____          Signature: _____

                                            [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# UNITED STATES BANKRUPTCY COURT

EASTERN **DISTRICT OF** CALIFORNIA

In re Horacio and Cecilia Villasenor ,
            **Debtor**

Case No. _____

Chapter  7 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 7462<br><br>Mervyns of California<br>PO Box 59280<br>Minneapolis, MN 55459 | | Misc Purchases | | | | 341.00 |
| ACCOUNT NO. 51 7298 008550 9<br><br>Home Depot<br>PO Box 105980 Dept 51<br>Atlanta GA 30353 | | Misc Purchases | | | | 537.00 |
| ACCOUNT NO. 03 1110 129726 2<br><br>NordicTrack<br>PO Box 105982 Dept 03<br>Atlanta, GA 30353 | | Fitness Program | | | | 657.00 |
| ACCOUNT NO. None<br><br>Deandas Auto Sales<br>1949 Crows Kanding Road<br>Ceres, CA 95358 | | 1994 Ford | | | | 1,600.00<br><br>MARKET VALUE:<br>4,500.00 |

1___ Continuation sheets attached

In re Horacio and Cecilia Villasenor

Debtor

Case No. _____

(if known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state of value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 5442 6420 0071 7995 <br><br> Bank of America <br> PO Box 53132 <br> Phoenix, AZ 85072 | | Charge Card(Misc Purchases) | | | | 2,054.00 |
| ACCOUNT NO. 4024 2120 0248 7671 <br><br> Bank of America <br> PO Box 53132 <br> Phoenix, AZ 85072 | | Charge Card(Misc Purchases) | | | | 3,034.00 |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |

Sheet no. _1_ of _1_ sheets attached to List of Creditors Holding 20 Largest Unsecured Claims

Form B4
12/95

FORM 7
(Rev. 12/94)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In Re: Horacio and Cecilia Villasenor ,
(Name)

Case No. _____
(if known)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 – 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 – 21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or a person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

### 1.  Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE (if more than one)

| | AMOUNT | SOURCE (if more than one) |
|---|---|---|
| Husband | | |
| 1997 | $26,000.00 | Employment |
| 1998 | 29,000.00 | Employment |
| 1999 YTD | 2,000.00 | Employment |
| | | |
| Wife | | |
| 1997 | $15,000.00 | Employment |
| 1998 | 18,800.00 | Employment |
| 1999 YTD | 1,200.00 | Employment |

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                      SOURCE

**3. Payment to creditors**

None
☒

a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

b.    List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None  b.  Describe all property that has been attached, garnished or seized under any legal or equitable
☒     process within one year immediately preceding the commencement of this case. (Married debtors filing
      under chapter 12 or chapter 13 must include information concerning property of either or both spouses
      whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                        NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|

---

### 5.  Repossessions, foreclosures and returns

None       List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred
☒     through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the
      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
      information concerning property of either or both spouses whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

|                      NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|

---

### 6.  Assignments and receiverships

None  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
      include any assignment by either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

|                 NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

---

None  b.  List all property which has been in the hands of a custodian, receiver, or a court-appointed official
☒     within one year immediately preceding the commencement of this case. (Married debtors filing under
      chapter 12 or chapter 13 must include information concerning property of either or both spouses whether
      or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|             NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE<br>OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE OF<br>PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT<br>NAME OF PAYER IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE<br>OF PROPERTY |
| --- | --- | --- |
| Loren Baker<br>460 North Yosemite Avenue<br>Suite 10<br>Oakdale, CA 95361 | 02/12/99 | $125.00 |

### 10. Other transfers

None
[X]

a.   List all other property, other than property transferred in the ordinary course of business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  | DESCRIBE PROPERTY |
| --- | --- | --- |
| NAME AND ADDRESS OF TRANSFEREE, |  | TRANSFERRED |
| RELATIONSHIP TO DEBTOR | DATE | AND VALUE RECEIVED |
|  |  | . . . |

### 11. Closed financial accounts

None
[X]

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | TYPE AND NUMBER | AMOUNT AND |
| --- | --- | --- |
| NAME AND ADDRESS | OF ACCOUNT AND | DATE OF SALE |
| OF INSTITUTION | AMOUNT OF FINAL BALANCE | OR CLOSING |

### 12. Safe deposit boxes

None
[X]

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | NAMES AND ADDRESSES | DESCRIPTION | DATE OR TRANSFER |
| --- | --- | --- | --- |
| OF BANK OR | OF THOSE WITH ACCESS | OF | OR SURRENDER, |
| OTHER DEPOSITORY | TO THE BOX OR DEPOSITORY | CONTENTS | IF ANY |
|  |  |  | . . . |

13. **Setoffs**

None
[X]

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                               | DATE OF | AMOUNT OF |
| NAME AND ADDRESS OF CREDITOR  | SETOFF  | SETOFF    |

14. **Property held for another person**

None
[X]

List all property by another person that the debtor holds or controls.

| NAME AND ADDRESS | DESCRIPTION AND VALUE |                      |
| OF OWNER         | OF PROPERTY           | LOCATION OF PROPERTY |

15. **Prior address of debtor**

None
[X]

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate adress of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following; an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or a joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

### 16. Nature, location and name of business

None
[X]

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|

### 17. Books, records and financial statements

None
[X]

a. List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of the books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None
[X]

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None    c.   List all firms or individuals who at the time of the commencement of this case were in possession of
[X]     the books of account and records of the debtor. If any of the books of account and records are not
        available, explain.

NAME                                            ADDRESS


None    d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to
[X]     whom a financial statement was issued within the two years immediately preceding the commencement of
        this case by the debtor.

NAME AND ADDRESS                                DATE ISSUED


18.  Inventories

None    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised
[X]     the taking of each inventory, and the dollar amount and basis of each inventory.

                                                                DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY        INVENTORY SUPERVISOR                   (Specify cost, market or other basis)


None    b.   List the name and address of the person having possession of the records of each of the two
[X]     inventories reported in a., above.

                                        NAME AND ADDRESS OF CUSTODIAN
DATE OF INVENTORY                          OF INVENTORY RECORDS


19.  Current Partners, Officers, Directors and Shareholders

None    a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of
[X]     the partnership.

NAME AND ADDRESS         NATURE OF INTEREST                     PERCENTAGE OF INTEREST

None
[X]   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

NAME AND ADDRESS                TITLE                NATURE AND PERCENTAGE
                                                     OF STOCK OWNERSHIP

---

20.  Former partners, officers, directors and shareholders

None
[X]   a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                ADDRESS                DATE OF WITHDRAWAL

---

None
[X]   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding this case.

NAME AND ADDRESS                TITLE                DATE OF TERMINATION

---

21.  Withdrawals from a partnership or distributions by a corporation

None
[X]      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised an any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS                                  AMOUNT OF MONEY
   OF RECIPIENT,          DATE AND PURPOSE          OR DESCRIPTION
RELATIONSHIP TO DEBTOR     OF WITHDRAWAL         AND VALUE OF PROPERTY

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date X  3-2-99

Signature
of Debtor    Horacio and Cecilia Villasenor

Date X  3-2-99

Signature
of Joint Debtor    Cecilia Villasenor
(if any)

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Loren Baker
Printed or Typed Name of Bankruptcy Petition Preparer

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
Social Security No.

460 North Yosemite Avenue # 10

Oakdale, CA 95361
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Signature of Bankruptcy Petition Preparer

3-2-99
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____

Signature _____

_____
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

B 280
(12/94)

# UNITED STATES BANKRUPTCY COURT

EASTERN _____ **DISTRICT OF** CALIFORNIA _____

**In re** Horacio and Cecilia Villasenor

Bankruptcy Case No.

**Debtor**
**Address:** 2613 Morrill Road
Riverbank, CA 95367

Chapter 7 _____

Social Security No(s).: 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/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
Employer's Tax Identification No(s). [if any]:

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services, I have agreed to accept............................................................. $ _____ 125

   Prior to the filing of this statement I have received.................................................................. $ _____ 125

   Balance Due................................................................................................................................. $ _____ .00

2. I have prepared or caused to be prepared the following documents (itemize): Voluntary Petition, Schedules A thru J, Statement of Financial Affairs, Disclosure of Compensation, Debtor's Statement of Intention
   and provided the following services (itemize): None

3. The source of the compensation paid to me was:

   [X] Debtor                    [ ] Other (specify)

4. The source of compensation to be paid to me is:

   [ ] Debtor                    [ ] Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   NAME                          SOCIAL SECURITY NUMBER

# DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

X _____     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     2/16/99
         Signature                Social Security Number        Date

Name (Print):
Address:  Loren Baker

460 North Yosemite Avenue # 10
Oakdale, CA 95361

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form 88 (Official Form 8) - (Rev. 3/98)                                                         1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
<u>EASTERN</u>   **DISTRICT OF**   <u>CALIFORNIA</u>

| In re Horacio and Cecilia Villasenor | Case No.: _____ |
|---|---|
| Debtor | Chapter: _7_____ |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

   **a.** *Property to Be Surrendered.*

   **Description of Property**                    **Creditor's Name**

   **b.** *Property to Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 1994 Ford | Deandas Auto Sales | | | X |
| Furniture | Avco Financial | | | X |
| Real Property    G | GMAC Mortgage | | | X |

Date: X 3-2-99

Signature of Debtor
Horacio Villasenor  *Horacio Villasenor*
Cecilia Villasenor  *Cecilia villasenor*

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for

compensation, and that I have provided the debtor with a copy of this document.

<u>Loren Baker</u>                                        <u>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</u>
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number
<u>460 North Yosemite Avenue # 10</u>
<u>Oakdale, CA 95361</u>
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for
each person.

x _____           _____
Signature of Bankruptcy Petition Preparer          Date   2/26/99

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of*
*Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re *CECILIA & HORPERO*                    )
         *VILLASENOR*                        )        Bankruptcy Case No.
                                             )
                                             )
_____ Debtor(s).           )

## NOTICE TO DEBTOR CONCERNING BANKRUPTCY PETITION PREPARERS

Bankruptcy petition preparers are non-attorneys who are not authorized to practice law or give legal advice.

**NOTICE IS HEREBY GIVEN** that the Court has issued the attached *Bankruptcy Petition Preparer Guidelines* governing the work performed and fees charged by bankruptcy petition preparers in Eastern District of California cases.

Under the *Guidelines*, a bankruptcy petition preparer must give the debtor a copy of this notice before taking any money or property from the debtor or on behalf of the debtor for payment and before preparing any papers for filing in the bankruptcy court. The debtor and the bankruptcy petition preparer must sign a copy of this Notice in the spaces provided below. A copy must be furnished to the debtor by the bankruptcy petition preparer, and the original plus four copies must be filed with the Bankruptcy Court.

California law prohibits any non-attorney from rendering legal advice. Legal advice includes, but is not limited to, advice concerning the following:

- Whether the debtor should file bankruptcy and the chapter under which the petition should be filed;

- Whether debts will be eliminated, or "discharged," in a bankruptcy case;

- Whether the debtor will be able to keep their home after filing a bankruptcy case;

- The tax consequences of filing a bankruptcy case;

- Whether the debtor should promise to repay, or "reaffirm," a debt; and

- The exemptions available in bankruptcy, and what property can be claimed as exempt.

Unless approved by the court, a bankruptcy petition preparer may not charge the debtor more than $125 for preparing a bankruptcy petition, including expenses (such as photocopies, postage, telephone charges, and courier services). This fee does not include the petition filing fee. The filing fee must be paid directly to the Clerk of Court by the debtor.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

### GUIDELINES PERTAINING TO BANKRUPTCY PETITION PREPARERS IN EASTERN DISTRICT OF CALIFORNIA CASES

The following guidelines are issued pursuant to Local Bankruptcy Rule 1001(d) and concern the compensation and conduct of bankruptcy petition preparers[1] in Eastern District of California bankruptcy cases. They reflect rebuttable presumptions which the court may, upon motion, noticed to the debtor, case trustee and U.S. Trustee, modify in a particular case or class of cases.

1.  Bankruptcy petition preparers are authorized to provide typing and document filing services and may type bankruptcy petitions, forms and other documents and submit them for filing with the Clerk's Office. They are not authorized to practice law and are prohibited from giving legal advice, which includes, but is not limited to, the following advice:

    a.  Whether to file bankruptcy;

    b.  The Bankruptcy Code chapter under which to file a petition;

    c.  How the debtor should respond to a question, or questions, set forth in bankruptcy forms and/or the information to be provided in other documents filed in connection with a bankruptcy case;

    d.  The exemptions available to the debtor and/or which the debtor should claim;

    e.  Whether particular debts are dischargeable or nondischargeable;

    f.  The effect that filing bankruptcy will have on a foreclosure action and/or whether the debtor will keep their home;

    g.  Whether the debtor may avoid or eliminate any lien or recover any property as a result of bankruptcy;

    h.  Whether the debtor may and/or should redeem property;

    i.  Whether the debtor may and/or should reaffirm a debt;

    j.  Whether the debtor is entitled to a discharge under the Bankruptcy Code, and/or what defenses the debtor may have to an objection to discharge; and

    k.  The tax consequences of any aspect of the bankruptcy case.

[1] Section 110(a) of the Bankruptcy Code (11 U.S.C. § 110(a)) defines "bankruptcy petition preparer" as a person, other than an attorney or an employee of an attorney, who prepares for compensation a petition or other document for filing

2. The fee paid by the debtor to a bankruptcy petition preparer for typing and filing a bankruptcy petition may not exceed $125.00, including expenses (such as photocopies, postage, telephone charges, and courier services).

3. According to section 110(g) of the Bankruptcy Code (11 U.S.C. § 110(g)), the fee for filing a bankruptcy petition must be paid by the debtor directly to the Clerk of the U.S. Bankruptcy Court. No part of the filing fee may be collected or received by the bankruptcy petition preparer from the debtor or on behalf of the debtor for payment to the Clerk by the bankruptcy petition preparer.

4. Leave to pay the filing fee in installments will not be granted to individuals, who within one year prior to filing the petition, paid any money, or transferred any property to, a bankruptcy petition preparer for services in connection with filing the petition. In these cases, the full amount of the fee must be paid at the time the petition is submitted for filing.

5. Upon motion of the debtor, the trustee, a creditor, the United States Trustee, or upon its own motion, the court may disallow and order the turnover of all, or a portion, of the fee paid to a bankruptcy petition preparer. The entire fee may be ordered forfeited where the bankruptcy petition preparer has acted incompetently or illegally, has violated any provision of section 110 of the Bankruptcy Code (11 U.S.C. § 110), or has failed to comply with the provisions of these Guidelines.

6. Before preparing a bankruptcy petition or first document for filing, or accepting any money from or on behalf of the debtor, a bankruptcy petition preparer shall provide a copy of these Guidelines to the debtor, together with a copy of the *Notice to Debtor Concerning Bankruptcy Petition Preparers*. The debtor shall read and sign the notice, and a copy of the signed notice will be provided to the debtor by the bankruptcy petition preparer. The original plus four copies of the Notice must be filed with the court along with the petition or the first document prepared by the bankruptcy petition preparer.

7. Debtors, trustees and others who believe a bankruptcy petition preparer has violated any provision of section 110 of the Bankruptcy Code (11 U.S.C. § 110) should so advise the Office of the United States Trustee.

Dated: October 20, 1997

_____
DAVID E. RUSSELL, CHIEF JUDGE

_____
RICHARD T. FORD, JUDGE

_____
CHRISTOPHER M. KLEIN, JUDGE

_____
BRETT DORIAN, JUDGE

_____
MICHAEL S. MCMANUS, JUDGE

_____
JANE DICKSON MCKEAG, JUDGE

The attached *Guidelines* contain additional restrictions. The debtor shall read the *Guidelines* in order to know what the Court requires of bankruptcy petition preparers.

Debtors with questions concerning bankruptcy petition preparers or who believe that the *Guidelines* have been violated, should contact the appropriate Office of the U.S. Trustee (Sacramento: (916) 498-5990; Fresno/Modesto: (209) 498-7400).

FOR THE COURT
RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT

## DEBTOR'S CERTIFICATION

I, x Cecilia Villasenor , and x Horacio Villasenor the debtor(s) in the above-captioned case, have read and understand the foregoing information and attached *Guidelines*.

Dated: x 2-19-99

x *Cecilia Villasenor*
(Debtor's Signature)

Dated: x 2-19-99

x *Horacio Villasenor*
(Joint Debtor's Signature)

## BANKRUPTCY PETITION PREPARER'S CERTIFICATION

I, _Loren Baker_ , hereby certify under penalty of perjury that I am the bankruptcy petition preparer who has assisted the debtor(s) in filing the above-captioned case. I have not charged fees in excess of the amount allowed in Guideline 2, nor have I advised the debtor concerning any of the matters referred to in Guideline 1.

Dated: 2-19-99

*Loren Baker*
(Bankruptcy Petition Preparer's Signature)

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
(Preparer's Social Security/Tax I.D. No.)

LOREN BAKER
(Preparer's Printed or Typed Name)

1460 LB YOSEMITE AVE #10
OAKDALE, CA 95361
(Preparer's Address)